# COURTROOM DEPUTY'S MINUTES
# MIDDLE DISTRICT OF ALABAMA

- ☒ **INITIAL APPEARANCE**    DATE: 5/18/2006
- ☐ BOND HEARING
- ☐ DETENTION HEARING         Digital Recording 11:33 to 11:39 am
- ☐ PRELIMINARY (EXAMINATION) (HEARING)
- ☐ REMOVAL HEARING [RULE 5]
- ☐ ARRAIGNMENT

PRESIDING MAG. JUDGE: Walker          DEPUTY CLERK: sql
CASE NO.: 1:06MJ47-VPM              DEFT. NAME: Michael Shawn CAMPBELL
AUSA: Cooke                          DEFT. ATTY: Hart
                                     Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
PTSO: Martin
USPO:

Defendant _____ does __✓__ does NOT need an interpreter
Interpreter present __✓__ NO _____ YES   Name: _____

---

- ✓ Date of Arrest 5-17-06 or ☐ Arrest Rule 5
- ✓ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
- ✓ Deft. First Appearance with Counsel
- ☐ Deft. First Appearance without Counsel
- ☐ Requests appointed Counsel
- ✓ Financial Affidavit executed ☐ to be obtained by PTSO
- ✓ oral ORDER appointing Community Defender Organization
- ☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
- ☐ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
  ✓ Government's WRITTEN motion for Detention Hearing filed
- ☐ Detention Hearing ☐held; ☐ set for _____ at _____
- ☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ ORDER OF DETENTION PENDING TRIAL entered
- ☐ Release order entered. Deft advised of conditions of release
- ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ Bond not executed. Deft to remain in Marshal's custody
- ☐ Deft. ORDERED REMOVED to originating district
- ☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
- ☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
  DISCOVERY DISCLOSURE DATE: _____
- ☐ NOTICE to retained Criminal Defense Attorney handed to counsel
- ☐ Identity/Removal Hearing set for _____
- ☐ Waiver of Speedy Trial Act Rights executed