# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | ) | **ORDER OF TEMPORARY DETENTION** |
| | ) | **PENDING HEARING PURSUANT TO** |
| | ) | **BAIL REFORM ACT** |
| v. | ) | |
| | ) | |
| | ) | CASE NO. 1:06MJ47-VPM |
| MICHAEL SHAWN CAMPBELL | ) | |
| | ) | |

## ORDER

For good cause, it is

**ORDERED** that the preliminary examination and detention hearing in the above-case is hereby set for **May 23, 2006 at 3:30 p.m.** in The Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, Montgomery, Alabama, in the Fourth Floor Courtroom, Room 4-B, before Chief United States Magistrate Judge Charles S. Coody.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Done, this 18th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE