IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 1:06cr47-VPM |
| ) | |
| MICHAEL SHAWN CAMPBELL ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and enters her appearance on behalf of the Defendant, Michael Shawn Campbell, in the above-styled case.

Dated this 19th day of May 2006.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Cooke, AUSA.

       Respectfully submitted,

       s/Jennifer A. Hart
       **JENNIFER A. HART**
       FEDERAL DEFENDERS
       MIDDLE DISTRICT OF ALABAMA
       201 Monroe Street, Suite 407
       Montgomery, AL 36104
       Phone: (334) 834-2099
       Fax: (334) 834-0353
       jennifer_hart@fd.org
       AL Bar Code: HAR189