## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 5/23/06 | AT | 3:30 p.m. to 4:43 p.m. |
| DATE COMPLETED: 5/23/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA        *
                                *
VS.                             *       CASE NO.: 1:06MJ47-CSC
                                *
MICHAEL SHAWN CAMPBELL          *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. K. David Cooke | * | Atty. Jennifer Hart |
|  | * | Atty. Kevin Butler |
| Mr. Ron Thweatt, USPTS/UPSO | | |

---

**COURT OFFICIALS PRESENT:**

Court Room Deputy: Wanda Stinson

---

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **DETENTION HEARING/PRELIMINARY HEARING**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| **Description** | Detention/Preliminary - 06mj47-CSC | | |
|---|---|---|---|
| **Date** | 5/23/2006 | **Location** | Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 3:29:28 PM | Court | Court convenes; Parties present as noted; |
| 3:29:51 PM | Atty. Cooke | Government calls Michael Gavin, Agent for FBI, witness is sworn and seated; Discussions as to the gun charge against defendant Discussions regarding illegal drugs provided by deft to a Mr. Whigan; Discussions as to the monitored phone calls; |
| 3:41:02 PM | Atty. Hart | Cross Examination; Discussions as to tape recorded conversations; Request to tape recorded conversation be produced by the government; |
| 3:42:43 PM | Atty. Cooke | They are presently being transcribed; |
| 3:42:50 PM | Court | Do you need them for the purpose of this hearing today; |
| 3:42:50 PM | Atty. Hart | Response - May need them; Cont'd cross - examination; Discussions as to criminal history of Joshua Whigan; Request to invoke the Rule at this point and ask that witnesses be excused; |
| 3:47:33 PM | Court | Witness to testify are excused from the courtroom; |
| 3:47:44 PM | Atty. Bulter | Request that Officer Ingram, |
| 3:47:51 PM | Atty. Hart | Tracey McCord, Tiffany Campbell, Patrick Davenport, Josh Whigan; |
| 3:47:58 PM | Atty. Butler | All be excused; |
| 3:48:01 PM | Atty. Hart | Continued cross - examination; |
| 3:48:04 PM | Atty.Cooke | I may call the probation officer; |
| 3:48:15 PM | Atty Hart | Have no objection to him remaining in the courtroom; |
| 3:48:22 PM | Atty. Hart | Cont'd cross - examination; |
| 3:53:18 PM | Court | Addresses difficulty following the questions ask regarding probable cause ; |
| 3:53:38 PM | Atty. Hart | Response; Discussions of evidence of drug transaction; |
| 3:53:53 PM | Court | Client admitted it; |
| 3:54:01 PM | Atty. Hart | Response; |
| 3:54:53 PM | Court | Response regarding clients admissions; |
| 3:55:06 PM | Atty. Hart | Response; |
| 3:55:44 PM | Court | Get to the point; |
| 3:55:52 PM | Atty. Hart | Cont'd cross - examination; Request to hear tapes; |
| 4:06:30 PM | Atty. Cooke | Will provide them in a timely manner ; |
| 4:06:40 PM | Court | A timely manner is when a witness testifies;  Let's continue on with the proceedings today, will continue on tomorrow if necessary; |
| 4:07:01 PM | Atty. Hart | Cont'd cross - examination; |
| 4:10:35 PM | Court | Witness is excused; |
| 4:10:45 PM | Atty. Cooke | Calls Ron Thweatt, USPO; witness is sworn and seated; Discussions as to the pretrial service report; |
| 4:12:10 PM | Atty. Hart | Cross - examination; Discussions as to the recommendation of the pretrial service officer; |
| 4:16:32 PM | Court | Witness is excused ; |

| 4 :16:40 PM | Court | Discussions as the whether the presumption of detention applies in this case; Discussion as to the amount of cocaine; |
| --- | --- | --- |
| 4 :16:59 PM | Atty. Hart | Response; |
| 4 :17:13 PM | Court | Response as to statute saids the maximum punishment is 10 yrs or more ; |
| 4 :17:36 PM | Atty. Hart | Response; |
| 4 :18:06 PM | Court | Witness is excused; |
| 4 :18:54 PM | Court | Will take break to see another deft; on initial appearance; |
| 4 :19:16 PM | Court | Court is Recessed; |
| 4 :32:36 PM | Court | Court Reconvenes; |
| 4 :32:43 PM | Atty. Hart | Request side bar; |
| 4 :42:58 PM | Atty. Hart | Deft waives any further proceedings; Prepared to notice our intent to change plea before a magistrate judge; |
| 4 :43:09 PM | Court | Response as to parties agreement to work out; |
| 4 :43:29 PM | Atty. Butler | Addresses the court as to plea negotiations; |
| 4 :43:43 PM | Court | Deft is remanded to custody of the USMS; |