IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 1:06MJ47-CSC |
| MICHAEL SHAWN CAMPBELL | * | |
| Defendant | * | |

**WITNESS LIST**:

**GOVERNMENT**                                          **DEFENDANT**

1. Mr. Michael Gavin                                    1.
2. Ron Thweatt